225th District Court:   2022CI10273

**CASE SUMMARY**

CASE INFORMATION

ASSIGNMENT INFORMATION

EVENTS AND ORDERS OF THE COURT

VIEW ADVANCED FINANCIALS

→ Case Summary

225th District Court

## Case Summary

Case No. 2022CI10273

JAMES MARTZALL VS Select Portfolio Servicing, INC     §     Location: 225th District Court
    §     Judicial Officer: 225th, District Court
    §     Filed on: 06/03/2022

### Case Information

Case Type: OTHER REAL PROPERTY
Case Status: 06/03/2022 Pending

### Assignment Information

**Current Case Assignment**
Case Number   2022CI10273
Court   225th District Court
Date Assigned   06/03/2022
Judicial Officer   225th, District Court

### Events and Orders of the Court

| Date | Event |
|---|---|
| 06/03/2022 | New Cases Filed (OCA) |
| 06/03/2022 | CIVIL CASE INFORMATION SHEET |
| 06/03/2022 | PETITION |
| 06/03/2022 | TEMP REST ORD, AND ORD SETTING HRG FOR RQST FOR TEMP INJ   (Judicial Officer: GONZALES, NORMA)<br>ORDER TO POST BOND & TEMPORARY ORDERS |
| 06/06/2022 | CASH BOND<br>EX PARTE TRO BOND; $100.00; CASH DEPOSIT IN LIEU OF |
| 06/17/2022 | **SETTING ON TEMPORARY INJUNCTION**   (9:00 AM) |