UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES MARTZALL | § | |
| *Plaintiff,* | § § § | |
| v. | § § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AN INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES | § § § § § § § § § § | CIVIL ACTION NO. 5:22-cv-00018-XR |
| *Defendant.* | | |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

On this date came to be considered Jeffrey C. Jackson and the law firm of Jeffrey Jackson & Associates, PLLC's Motion to Withdraw as counsel for Plaintiff James Martzall (the "Motion"). The Court, having considered the Motion and arguments of counsel, is of the opinion that the motion has merit and should in all things be granted. It is, therefore,

ORDERED, that Jeffrey C. Jackson and Jeffrey Jackson & Associates, PLLC are withdrawn as counsel of record for Plaintiff James Martzall.

SIGNED ON: _____, 2022.

_____
**UNITED STATES DISTRICT JUDGE**