IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES MARTZALL,<br>   *Plaintiff,*<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES,<br>   *Defendant.* | SA-22-CV-00018-XR |

## ORDER

On this date, the Court considered the Unopposed Motion to Withdraw as Attorney for Plaintiff. ECF No. 30. The Court **GRANTS** the motion. No later than **July 13, 2022**, Plaintiff must file a notice advising the Court whether he intends to proceed *pro se* or whether he has secured counsel, who must also enter a notice of appearance no later than **July 13, 2022**. Plaintiff's counsel shall send a copy of this order to Plaintiff.

It is so **ORDERED**.

**SIGNED** this June 13, 2022.

                _____
                XAVIER RODRIGUEZ
                UNITED STATES DISTRICT JUDGE